# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: EMMEL, KRISTINE EILEEN | § | Case No. 16-27476-PSH |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 26, 2016. The undersigned trustee was appointed on August 26, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $       42,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 13.84 |
    | Bank service fees | 407.01 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1]         $ | 41,579.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/01/2017 and the deadline for filing governmental claims was 03/01/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,950.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,950.00, for a total compensation of $4,950.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $7.90, for total expenses of $7.90.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/06/2018     By: /s/ALEX D. MOGLIA
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-27476-PSH  
**Case Name:** EMMEL, KRISTINE EILEEN  

**Period Ending:** 04/06/18

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 08/26/16 (f)  
**§341(a) Meeting Date:** 09/21/16  
**Claims Bar Date:** 03/01/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 704 Wicker Avenue, Streamwood, IL 60107-0000, Co<br>Imported from original petition Doc# 1 | 167,000.00 | 0.00 | | 42,000.00 | FA |
| 2 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4 | Cash<br>Imported from Amended Doc#: 16 | 5.00 | 0.00 | | 0.00 | FA |
| 5 | Checking: Hoffman Estates Community Bank | 403.62 | 0.00 | | 0.00 | FA |
| 6 | Savings: Hoffman Estates Community Bank | 129.00 | 0.00 | | 0.00 | FA |
| 7 | Kitchen Appliances: 185 Small Appliances: 27 Was | 638.50 | 0.00 | | 0.00 | FA |
| 8 | TV: 200 Stereo: 20 Game system: 20 laptop: 100 i | 180.00 | 0.00 | | 0.00 | FA |
| 9 | clothing, coats, shoes, hats | 270.00 | 0.00 | | 0.00 | FA |
| 10 | rings: 100 necklaces: 10 bracelets: 5 Earrings: | 130.00 | 0.00 | | 0.00 | FA |
| 11 | Golf Clubs: 20 Board Games: 5 Cameras: 20 Bicycl | 60.00 | 0.00 | | 0.00 | FA |
| 12 | firearms | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Interest in Ins.Policy with Country Financial | 2,135.38 | 0.00 | | 0.00 | FA |
| 14 | Interest in Insurance Policy with State Farm | 0.00 | 0.00 | | 0.00 | FA |
| 15 | IRA: Woodbury Financial | 29,354.29 | 0.00 | | 0.00 | FA |
| 16 | Express Transport Logistics Inc., 50% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Nissan Pathfinder 2011 65,000 good condition. En | 14,000.00 | 3,090.39 | | 0.00 | FA |
| 18 | Nissan Pathfinder 2014 39,000 good condition. En  (u) | 27,000.00 | 0.00 | | 0.00 | FA |
| 19 | Ford Mustang 1990 needs work. | 1,000.00 | 500.00 | | 0.00 | FA |
| 20 | Chevy Corvette 1980 needs work. Entire property | 3,000.00 | 1,500.00 | | 0.00 | FA |
| 21 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 23 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 24 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25 | Wellcraft<br>Boat | 1,000.00 | 500.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-27476-PSH  
**Case Name:** EMMEL, KRISTINE EILEEN

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 08/26/16 (f)  
**§341(a) Meeting Date:** 09/21/16  

**Period Ending:** 04/06/18

**Claims Bar Date:** 03/01/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
|  | 1993. |  |  |  |  |  |
| 26 | Seadoo Waverunner 1999. | 1,000.00 | 500.00 |  | 0.00 | FA |
| 27 | Seadoo Waverunner 2000 not running. E | 300.00 | 150.00 |  | 0.00 | FA |
| 28 | VOID | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 28 | **Assets** **Totals** (Excluding unknown values) | **$247,705.79** | **$6,240.39** |  | **$42,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    FINAL REPORT PREPARATION.

    FINAL REPORT PREPARATION.

**Initial Projected Date Of Final Report (TFR):**   December 30, 2017    **Current Projected Date Of Final Report (TFR):**   April 30, 2018

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 16-27476-PSH | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | EMMEL, KRISTINE EILEEN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1366 - Checking Account |
| Taxpayer ID #: | **-***5432 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/06/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/07/17 | {1} | Kristine Emmel | Sale of trustee's right, title & interest in property, pursuant to order dtd 8.24.17, dkt. #38. | 1110-000 | 42,000.00 | | 42,000.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.28 | 41,957.72 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.37 | 41,893.35 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.25 | 41,833.10 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.16 | 41,774.94 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.09 | 41,708.85 |
| 02/12/18 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/12/2018 FOR CASE #16-27476, Blanket Bond #016073584 for 2/1/8 - 2/1/19 | 2300-000 | | 13.84 | 41,695.01 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.98 | 41,639.03 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.88 | 41,579.15 |
| | | | ACCOUNT TOTALS | | 42,000.00 | 420.85 | $41,579.15 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 42,000.00 | 420.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$42,000.00** | **$420.85** | |

Net Receipts :          42,000.00

Net Estate :          $42,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1366** | 42,000.00 | 420.85 | 41,579.15 |
| | **$42,000.00** | **$420.85** | **$41,579.15** |

{} Asset reference(s)

Printed: 04/06/2018 10:34 AM     V.13.32

# Claims Register

## Case: 16-27476-PSH    EMMEL, KRISTINE EILEEN

Claims Bar Date: 03/01/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>08/26/16 | | $4,950.00<br>$4,950.00 | $0.00 | $4,950.00 |
| | SPRINGER BROWN LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>08/26/16 | | $4,525.50<br>$4,525.50 | $0.00 | $4,525.50 |
| | SPRINGER BROWN LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>08/26/16 | | $15.13<br>$15.13 | $0.00 | $15.13 |
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>08/26/16 | | $7.90<br>$7.90 | $0.00 | $7.90 |
| 1 | Nissan-Infiniti LT<br>PO Box 660366 Dallas, TX 75266-0366<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured<br>09/08/16 | NO PROCEEDS WERE RECEIVED WITH RESPECT TO THIS CLAIM. | $4,185.55<br>$0.00 | $0.00 | $0.00 |
| 2P | IRS<br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0030<br><5800-00  Claims of Governmental Units>, 570 | Priority<br>12/05/16 | SEE AMENDED CLAIM #2 FILED 2-28-2018 | $1,130.30<br>$1,130.30 | $0.00 | $1,130.30 |
| 2U | IRS<br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0030<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/05/16 | | $109.16<br>$109.16 | $0.00 | $109.16 |
| 3 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/16/16 | | $3,823.77<br>$3,823.77 | $0.00 | $3,823.77 |

# Claims Register

### Case: 16-27476-PSH    EMMEL, KRISTINE EILEEN

Claims Bar Date: 03/01/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | American Contractors Indemnity Co.<br>601 S. Figueroa St.<br>Suite 1600<br>Los Angeles, CA 90017<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/17/17 | | $78,223.60<br>$78,223.60 | $0.00 | $78,223.60 |
| 5 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/20/17 | | $15,809.94<br>$15,809.94 | $0.00 | $15,809.94 |
| | | | **Case Total:** | | **$0.00** | **$108,595.30** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                Exhibit D

Case No.: 16-27476-PSH
Case Name: EMMEL, KRISTINE EILEEN
Trustee Name: ALEX D. MOGLIA

**Balance on hand:** $ 41,579.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Nissan-Infiniti LT | 4,185.55 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 41,579.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 4,950.00 | 0.00 | 4,950.00 |
| Trustee, Expenses - ALEX D. MOGLIA | 7.90 | 0.00 | 7.90 |
| Attorney for Trustee, Fees - SPRINGER BROWN LLC | 4,525.50 | 0.00 | 4,525.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN LLC | 15.13 | 0.00 | 15.13 |

Total to be paid for chapter 7 administration expenses: $ 9,498.53
Remaining balance: $ 32,080.62

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 32,080.62

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,130.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | IRS | 1,130.30 | 0.00 | 1,130.30 |

| | Total to be paid for priority claims: | $ | 1,130.30 |
|---|---|---|---:|
| | Remaining balance: | $ | 30,950.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 97,966.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2U | IRS | 109.16 | 0.00 | 34.49 |
| 3 | Capital One Bank (USA), N.A. | 3,823.77 | 0.00 | 1,208.03 |
| 4 | American Contractors Indemnity Co. | 78,223.60 | 0.00 | 24,713.00 |
| 5 | Wells Fargo Bank, N.A. | 15,809.94 | 0.00 | 4,994.80 |

| | Total to be paid for timely general unsecured claims: | $ | 30,950.32 |
|---|---|---|---:|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**