# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  EMMEL, KRISTINE EILEEN                       § Case No. 16-27476-PSH
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $80,705.79                       Assets Exempt: $53,692.29
*(without deducting any secured claims)*

Total Distribution to Claimants: $32,080.62        Claims Discharged
                                                   Without Payment: $67,016.15

Total Expenses of Administration: $9,919.38

---

    3) Total gross receipts of $ 42,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $42,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $4,185.55 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,919.38 | 9,919.38 | 9,919.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,130.30 | 1,130.30 | 1,130.30 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 97,966.47 | 97,966.47 | 30,950.32 |
| **TOTAL DISBURSEMENTS** | $0.00 | $113,201.70 | $109,016.15 | $42,000.00 |

4) This case was originally filed under Chapter 7 on August 26, 2016. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/17/2018          By: /s/ALEX D. MOGLIA
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 704 Wicker Avenue, Streamwood, IL 60107-0000, Co | 1110-000 | 42,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$42,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nissan-Infiniti LT | 4210-000 | N/A | 4,185.55 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$4,185.55** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ALEX D. MOGLIA | 2100-000 | N/A | 4,950.00 | 4,950.00 | 4,950.00 |
| Trustee Expenses - ALEX D. MOGLIA | 2200-000 | N/A | 7.90 | 7.90 | 7.90 |
| Other - SPRINGER BROWN LLC | 3210-000 | N/A | 4,525.50 | 4,525.50 | 4,525.50 |
| Other - SPRINGER BROWN LLC | 3220-000 | N/A | 15.13 | 15.13 | 15.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.28 | 42.28 | 42.28 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.37 | 64.37 | 64.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.25 | 60.25 | 60.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.16 | 58.16 | 58.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.09 | 66.09 | 66.09 |
| Other - International Sureties, LTD | 2300-000 | N/A | 13.84 | 13.84 | 13.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.98 | 55.98 | 55.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.88 | 59.88 | 59.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,919.38 | $9,919.38 | $9,919.38 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | IRS | 5800-000 | N/A | 1,130.30 | 1,130.30 | 1,130.30 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,130.30 | $1,130.30 | $1,130.30 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | IRS | 7100-000 | N/A | 109.16 | 109.16 | 34.49 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,823.77 | 3,823.77 | 1,208.03 |
| 4 | American Contractors Indemnity Co. | 7100-000 | N/A | 78,223.60 | 78,223.60 | 24,713.00 |
| 5 | Wells Fargo Bank, N.A. | 7100-000 | N/A | 15,809.94 | 15,809.94 | 4,994.80 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $97,966.47 | $97,966.47 | $30,950.32 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-27476-PSH  
**Case Name:** EMMEL, KRISTINE EILEEN  

**Period Ending:** 07/17/18

**Trustee:** (330260)   ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 08/26/16 (f)  
**§341(a) Meeting Date:** 09/21/16  
**Claims Bar Date:** 03/01/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 704 Wicker Avenue, Streamwood, IL 60107-0000, Co<br>Imported from original petition Doc# 1 | 167,000.00 | 0.00 | | 42,000.00 | FA |
| 2 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4 | Cash<br>Imported from Amended Doc#: 16 | 5.00 | 0.00 | | 0.00 | FA |
| 5 | Checking: Hoffman Estates Community Bank | 403.62 | 0.00 | | 0.00 | FA |
| 6 | Savings: Hoffman Estates Community Bank | 129.00 | 0.00 | | 0.00 | FA |
| 7 | Kitchen Appliances: 185 Small Appliances: 27 Was | 638.50 | 0.00 | | 0.00 | FA |
| 8 | TV: 200 Stereo: 20 Game system: 20 laptop: 100 i | 180.00 | 0.00 | | 0.00 | FA |
| 9 | clothing, coats, shoes, hats | 270.00 | 0.00 | | 0.00 | FA |
| 10 | rings: 100 necklaces: 10 bracelets: 5 Earrings: | 130.00 | 0.00 | | 0.00 | FA |
| 11 | Golf Clubs: 20 Board Games: 5 Cameras: 20 Bicycl | 60.00 | 0.00 | | 0.00 | FA |
| 12 | firearms | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Interest in Ins.Policy with Country Financial | 2,135.38 | 0.00 | | 0.00 | FA |
| 14 | Interest in Insurance Policy with State Farm | 0.00 | 0.00 | | 0.00 | FA |
| 15 | IRA: Woodbury Financial | 29,354.29 | 0.00 | | 0.00 | FA |
| 16 | Express Transport Logistics Inc., 50% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Nissan Pathfinder 2011 65,000 good condition. En | 14,000.00 | 3,090.39 | | 0.00 | FA |
| 18 | Nissan Pathfinder 2014 39,000 good condition. En  (u) | 27,000.00 | 0.00 | | 0.00 | FA |
| 19 | Ford Mustang 1990 needs work. | 1,000.00 | 500.00 | | 0.00 | FA |
| 20 | Chevy Corvette 1980 needs work. Entire property | 3,000.00 | 1,500.00 | | 0.00 | FA |
| 21 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 23 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 24 | VOID | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25 | Wellcraft<br>Boat | 1,000.00 | 500.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-27476-PSH  
**Case Name:** EMMEL, KRISTINE EILEEN  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 08/26/16 (f)  
**§341(a) Meeting Date:** 09/21/16  

**Period Ending:** 07/17/18  

**Claims Bar Date:** 03/01/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | 1993. |  |  |  |  |  |
| 26 | Seadoo Waverunner 1999. | 1,000.00 | 500.00 |  | 0.00 | FA |
| 27 | Seadoo Waverunner 2000 not running. E | 300.00 | 150.00 |  | 0.00 | FA |
| 28 | VOID | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 28 | **Assets Totals** (Excluding unknown values) | **$247,705.79** | **$6,240.39** |  | **$42,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 30, 2017        **Current Projected Date Of Final Report (TFR):**    April 12, 2018  (Actual)

Printed: 07/17/2018 01:45 PM    V.14.14

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-27476-PSH  
**Case Name:** EMMEL, KRISTINE EILEEN  
**Taxpayer ID #:** **-***5432  
**Period Ending:** 07/17/18

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/07/17 | {1} | Kristine Emmel | Sale of trustee's right, title & interest in property, pursuant to order dtd 8.24.17, dkt. #38. | 1110-000 | 42,000.00 | | 42,000.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.28 | 41,957.72 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.37 | 41,893.35 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.25 | 41,833.10 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.16 | 41,774.94 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.09 | 41,708.85 |
| 02/12/18 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/12/2018 FOR CASE #16-27476, Blanket Bond #016073584 for 2/1/8 - 2/1/19 | 2300-000 | | 13.84 | 41,695.01 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.98 | 41,639.03 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.88 | 41,579.15 |
| 05/18/18 | 102 | Capital One Bank (USA), N.A. | BANKRUPTCY CASE16-27476 ,EMMEL, KRISTINE EILEEN DIVIDEND ON ALLOWED CLAIM # 3 of 31.59% | 7100-000 | | 1,208.03 | 40,371.12 |
| 05/18/18 | 103 | American Contractors Indemnity Co. | BANKRUPTCY CASE16-27476 ,EMMEL, KRISTINE EILEEN DIVIDEND ON ALLOWED CLAIM # 4 of 31.59% | 7100-000 | | 24,713.00 | 15,658.12 |
| 05/18/18 | 104 | Wells Fargo Bank, N.A. | BANKRUPTCY CASE16-27476 ,EMMEL, KRISTINE EILEEN DIVIDEND ON ALLOWED CLAIM # 5 of 31.59% | 7100-000 | | 4,994.80 | 10,663.32 |
| 05/18/18 | 105 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 4,957.90 | 5,705.42 |
| | | | Dividend paid 100.00% 4,950.00 on $4,950.00; Claim# ; Filed: $4,950.00 | 2100-000 | | | 5,705.42 |
| | | | Dividend paid 100.00% 7.90 on $7.90; Claim# ; Filed: $7.90 | 2200-000 | | | 5,705.42 |
| 05/18/18 | 106 | IRS | Combined Check for Claims#2U,2P | | | 1,164.79 | 4,540.63 |
| | | | Dividend paid 31.59% 34.49 on $109.16; Claim# 2U; Filed: $109.16 | 7100-000 | | | 4,540.63 |
| | | | Dividend paid 100.00% 1,130.30 on $1,130.30; Claim# 2P; Filed: $1,130.30 | 5800-000 | | | 4,540.63 |

Subtotals : $42,000.00 $37,459.37

{} Asset reference(s)

Printed: 07/17/2018 01:45 PM V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 16-27476-PSH | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | EMMEL, KRISTINE EILEEN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1366 - Checking Account |
| Taxpayer ID #: | **-***5432 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/17/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/18/18 | 107 | SPRINGER BROWN LLC | Combined Check for Claims#et_al. | | | 4,540.63 | 0.00 |
| | | | Dividend paid 100.00%  4,525.50 on $4,525.50; Claim# ; Filed: $4,525.50 | 3210-000 | | | 0.00 |
| | | | Dividend paid 100.00%  15.13 on $15.13; Claim# ; Filed: $15.13 | 3220-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 42,000.00 | 42,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 42,000.00 | 42,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $42,000.00 | $42,000.00 | |

Net Receipts :    42,000.00
───────────
Net Estate :    $42,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1366 | 42,000.00 | 42,000.00 | 0.00 |
| | $42,000.00 | $42,000.00 | $0.00 |

{} Asset reference(s)    Printed: 07/17/2018 01:45 PM    V.14.14